

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of _____

Case number (*If known*): _____    Chapter _____

☐ Check if this is an amended filing

## Official Form 105

# Involuntary Petition Against an Individual

12/15

Use this form to begin a bankruptcy case against an individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against a Non-individual* (Official Form 205). Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write name and case number (if known).

**Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

| 1. | Chapter of the Bankruptcy Code | *Check one:* |
|---|---|---|
| | | ☑ Chapter 7 |
| | | ☐ Chapter 11 |

**Part 2:    Identify the Debtor**

| 2. | Debtor's full name | MICHAEL |
|---|---|---|
| | | First name |
| | | DWAYNE |
| | | Middle name |
| | | VICK |
| | | Last name |
| | | |
| | | Suffix (Sr., Jr., II, III) |

| 3. | Other names you know the debtor has used in the last 8 years |  |
|---|---|---|
| | Include any assumed, married, maiden, or trade names, or *doing business as* names. | |

4. **Only the last 4 digits of debtor's Social Security Number or federal Individual Taxpayer Identification Number (ITIN)**

☐ Unknown

xxx – xx – 2  1  0  0        OR    **9** xx – xx – ___ ___ ___ ___

5. **Any Employer Identification Numbers (EINs) used in the last 8 years**

☐ Unknown

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

Official Form 105                    Involuntary Petition Against an Individual                    page **1**

Debtor _____   Case number (if known)_____

| 6. Debtor's address | **Principal residence** | | | **Mailing address, if different from residence** | | |

**Principal residence**

17120 MAGNOLIA ESTATES DR
Number    Street

SOUTHWEST RANCHES    FL    33331
City                          State    ZIP Code

BROWARD
County

**Mailing address, if different from residence**

Number    Street

City                          State    ZIP Code

**Principal place of business**

Number    Street

City                          State    ZIP Code

County

---

**7. Type of business**

☐ Debtor does not operate a business

*Check one if the debtor operates a business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☑ None of the above

---

**8. Type of debt**

**Each petitioner believes:**

☑ **Debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ **Debts are primarily business debts.** *Business debts* are debts that were incurred to obtain money for a business or investment or through the operation of the business or investment.

---

**9. Do you know of any bankruptcy cases pending by or against any partner, spouse, or affiliate of this debtor?**

☑ No

☐ Yes. Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known_____
                                        MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____    Case number, if known_____
                                        MM / DD / YYYY

---

Debtor _____     Case number *(if known)*_____

| Part 3: | Report About the Case |
|---------|----------------------|

**10. Venue**

Reason for filing in this court.

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor has resided, had the principal place of business, or had principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

☐ Other reason. Explain. (See 28 U.S.C. § 1408.) _____

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying such debtor's debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|--------------------|------------------------------|--------------------------------------------------|
| Gerald Craig et al ("Judgement Creditors) | Judgement (FL local case CACE-22-10086) | $   509,652.42 |
|  |  | $ |
|  |  | $ |
|  | Total | $   509,652.42 |

If more than 3 petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's (or representative's) signature under the statement, along with the signature of the petitioner's attorney, and the information on the petitioning creditor, the petitioner's claim, the petitioner's representative, and the attorney following the format on this form.

Debtor _____     Case number *(if known)*_____

| **Part 4:** | **Request for Relief** |

Petitioners request that an order for relief be entered against the debtor under the chapter specified in Part 1 of this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioners declare under penalty of perjury that the information provided in this petition is true and correct. Petitioners understand that if they make a false statement, they could be fined up to $250,000 or imprisoned for up to 5 years, or both.
18 U.S.C. §§ 152 and 3571. If relief is not ordered, the court may award attorneys' fees, costs, damages, and punitive damages. 11 U.S.C. § 303(i).

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**X** *Gerald Lee Craig*
Signature of petitioner or representative, including representative's title

Gerald Lee Craig
Printed name of petitioner

Date signed   12 12 2024
                 MM / DD / YYYY

**Mailing address of petitioner**

187 Foxborough Pl
Number   Street

Burr Ridge          IL        60527
City                State         ZIP Code

**If petitioner is an individual and is not represented by an attorney:**

Contact phone    (309)370-2632

Email    geraldleecraig@gmail.com

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City                State         ZIP Code

**X** _____
Signature of attorney

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City                State         ZIP Code

Date signed   _____
                 MM / DD / YYYY

Contact phone _____   Email _____

Official Form 105          Involuntary Petition Against an Individual          page **4**

Debtor _____    Case number *(if known)* _____

---

**✗** *[signature]*

Signature of petitioner or representative, including representative's title

Eduardo De Arkos

Printed name of petitioner

Date signed  12 / 11 / 2024
　　　　　　　MM / DD / YYYY

**Mailing address of petitioner**

2444 Donna Maria Way

Number    Street

Santa Rosa　　　　　CA　　95401

City　　　　　　　　State　　　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____

Name

_____

Number    Street

_____

City　　　　State ZIP Code

---

**✗** _____

Signature of Attorney

_____

Printed name

_____

Firm name, if any

_____

Number    Street

_____

City　　　　　　　　State　　　　ZIP Code

Date signed _____
　　　　　　　MM / DD / YYYY

Contact phone _____  Email _____

---

**✗** *[signature]*

Signature of petitioner or representative, including representative's title

Kathleen Safreed

Printed name of petitioner

Date signed  12  13  2024
　　　　　　　MM / DD / YYYY

**Mailing address of petitioner**

6732 Rivercrest Dr

Number    Street

Jacksonville  FL　　32226

City　　　　　　　　State　　　　ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____

Name

_____

Number    Street

_____

City　　　　State　　　　ZIP Code

---

**✗** _____

Signature of Attorney

_____

Printed name

_____

Firm name, if any

_____

Number    Street

_____

City　　　　　　　　State　　　　ZIP Code

Date signed _____
　　　　　　　MM / DD / YYYY

Contact phone _____  Email _____

---

Official Form 105          Involuntary Petition Against an Individual          page **5**

   

E-FILED; Baltimore County Circuit Court
Docket: 4/21/2022 1:58 PM; Submission: 4/21/2022 1:58 PM

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

GERALD LEE CRAIG
187 Foxborough Place
Burr Ridge, IL 60527

and

KATHLEEN SAFREED
6732 Rivercrest Drive
Jacksonville, FL 32226

and

JAMES W. MATTINGLY
3950 Juanita St.
Cocoa, FL 32927

and

EDUARDO DIEGO DE ARKOS
2444 Donna Maria Way
Santa Rosa, CA 95401

    *Plaintiffs,*

    v.

MICHAEL D. VICK
17120 Magnolia Estates Drive
Southern Ranches, FL 33331

and

KIJAFA VICK
17120 Magnolia Estates Drive
Southern Ranches, FL 33331

    *Defendants*

Case No.:

    C-03-CV-22-001563

## ORDER DIRECTING CLERK TO ENTER JUDGMENT

UPON CONSIDERATION of the Complaint and Confession of Judgment, and the Court determining that the pleadings and papers demonstrate a factual and legal basis for entitlement to confessed judgments as required by Maryland Rule 2-611(b), it is on _____ , by the Circuit Court for Baltimore County, Maryland, hereby

**ORDERED**, with respect to Count I, that the Clerk enter confessed judgment in the above-captioned action in favor of the Plaintiffs, Gerald Lee Craig, Kathleen Safreed, James W. Mattingly and Eduardo Diego De Arko, and against Defendants, Michael D. Vick and Kijafa Vick, jointly and severally, in the amount of $409,652.42 consisting of an unpaid principal balance of $255,356.88, accrued and unpaid interest in the amount of $154,295.54 as of April 18, 2022, plus attorneys' fees and expenses in the amount of $100,000.00, pre-judgment interest at the rate of $114.39 per day after April 18, 2022 and until the entry of judgment and post-judgment interest at the contractual default rate of 16.35% of the principal amount of $255,356.88 (See Exhibit A of the Loan Agreement), and costs.

_Michael J. Finifter_

_____
Judge              Michael J. Finifter
Circuit Court for Baltimore County, Maryland

04/21/2022 5:07:38 PM

2



**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

Main: 410-887-2601

To: ERIC SCOTT STEINER
Steiner Law Group, LLC
115 Sudbrook Lane
Suite 206
BALTIMORE, MD 21208

Case Number: C-03-CV-22-001563

**GERALD CRAIG, ET AL. VS. MICHAEL VICK, ET AL.**

Date: 4/22/2022

### NOTICE OF CONFESSED JUDGMENT

**I HEREBY CERTIFY** that the following Judgment has been recorded in this Court in the above entitled case.

Judgment against:
Michael D. Vick
17120 Magnolia Estates Drive
Southern Ranches    FL 33331

Kijafa Vick
17120 Magnolia Estates Drive
Southern Ranches    FL 33331

Judgment in favor of:
Gerald Lee Craig
187 Foxborough Place
Burr Ridge    IL 60527

Kathleen Safreed
6732 Rivercrest Drive
Jacksonville    FL 32226

Eduardo Diego De Arkos
2444 Donna Maria Way
Santa Rosa    CA 95401

James W. Mattingly
3950 Juanita St.
Cocoa   FL 32927

| | | |
|---|---|---|
| Judgment ordered on: 04/22/2022 | Other fee: | $0.00 |
| Judgment entry date: 04/22/2022 | Service fee: | $0.00 |
| Amount of judgment: $255,356.88 | Attorney fee: | $100000.00 |
| Pre judgment interest: $154,295.54 | | |
| Appearance fee: $0.00 | Total judgment: | $509,652.42 |
| Filing fee: $0.00 | | |

Comments: As to Count I; Plus pre-judgment interest at the rate of $114.39 per day after April 18, 2022 and until the entry of judgment and post-judgment interest at the contractual default rate of 16.35% of the principal amount of $255,356.88, and costs Joint and Several

You have 30 days after service of this notice upon you to file a written motion to open, modify or

vacate the judgment.

IN TESTIMONY, I hereunto set my hand and affix the seal of this court.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

## Notice

You may receive a Judgment Debtor (Defendant) Information Sheet (CC-DC-CV-114) from the plaintiff or the plaintiff's attorney requesting information under oath about you, your employment, and your assets, liabilities, income, and expenses. You do not have to complete and return that form, but if you fail to do so within the time allowed, you may be summoned to appear or undergo an examination under oath before a judge or examiner regarding those matters. If you fully complete and return the completed Judgment Debtor (Defendant) Information Sheet within the time allowed, you will not be subject to discovery in aid of enforcement for at least one year from the entry of the judgment against you, unless the judgment creditor has been granted leave of court for good cause shown.

**SHERIFF'S RETURN**
**Notice of Confessed Judgment**

Circuit Court for Baltimore County

Gerald Craig, et al. vs. Michael Vick, et al.

To: ERIC SCOTT STEINER

Sheriff fee: _____     By: _____

Served: _____

Time: _____     Date: _____

Unserved (Reason): _____

Instructions to Private Process:
1. This summons is effective for service only if served 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly.

E-FILED; Baltimore County Circuit Court
Docket: 4/21/2022 1:58 PM; Submission: 4/21/2022 1:58 PM

## IN THE CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND

GERALD LEE CRAIG
187 Foxborough Place
Burr Ridge, IL 60527

and

KATHLEEN SAFREED
6732 Rivercrest Drive
Jacksonville, FL 32226

and

JAMES W. MATTINGLY
3950 Juanita St.
Cocoa, FL 32927

and

EDUARDO DIEGO DE ARKOS
2444 Donna Maria Way
Santa Rosa, CA 95401

    *Plaintiffs,*

    v.

MICHAEL D. VICK
17120 Magnolia Estates Drive
Southern Ranches, FL 33331

and

KIJAFA VICK
17120 Magnolia Estates Drive
Southern Ranches, FL 33331

    *Defendants*

Case No.:

    C-03-CV-22-001563