# AFFIDAVIT OF SERVICE
## UNITED STATES BANKRUPTCY COURT
### SOUTHERN District of Florida

Case Number: 24-23095-SMG

Plaintiff:

vs.

Defendant: **IN RE; MICHAEL DWAYNE VICK**

For:
GERALD LEE CRAIG
GERALD LEE CRAIG
187 FOXBOROUGH PL
BURR RIDGE, IL 60527

MKS2024002689

Received by KIMBERLY URTNOWSKI on the 19th day of December, 2024 at 10:24 am to be served on **MICHAEL DWAYNE VICK, 17120 MAGNOLIA ESTATES DR, SOUTHWEST RANCHES, FL 33331**.

I, KIMBERLY URTNOWSKI, being duly sworn, depose and say that on the **27th day of December, 2024** at **11:22 am, I:**

**SUBSTITUTE** served by delivering a true copy of the **Summons and Involuntary Petition Against an Individual** with the date and hour of service endorsed thereon by me, to: **JADA VICK** as **Daughter / Co-Tenant** at the address of: **17120 MAGNOLIA ESTATES DR, SOUTHWEST RANCHES, FL 33331**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with F.S.48.031..

**Additional Information pertaining to this Service:**
12/23/2024  11:34 am  Attempted Service at 17120 Magnolia Estates Drive, Southwest Ranches, Fl. 33331. This is a single-family home it has a fence around it with a private gate with just a call box. The call box has a button to ring inside the house. I push the button a few times and no answer. The garage door was open and the truck to the Tesla was also open. I called out for someone, and no one came out. There where 6 cars in the driveway. When I was leaving, I could see someone inside the house.
12/27/2024  11:22 am  Attempted Service at 17120 Magnolia Estates Drive, Southwest Ranches, Fl. 33331. This is a single-family home it has a fence around it with a private gate with just a call box. The call box has a button to ring inside the house. I push the button a black female came out from the open-door garage. She stated the Michael and Kijafa Vick was not home at the time. I asked her if she lived there, she stated yes and that she was their daughter. I stated that I could leave the documents with her. I told her what they are, and she said she was going to call her mom. She walked up the driveway and made the call. She then went back into the garage. I saw a white female walking around the driveway. 2 Large dogs came out and was barking at me. I waited for her to come back and talk to me, but she did not. I yelled to see if she would come back out as the garage door was still open and she did not. I left the documents on the ground in the driveway. I have provided pictures as where I left the documents. The person I left the documents with was Jada Vick I identifed her on social meda.

**Description** of Person Served: Age: 19, Sex: F, Race/Skin Color: Black, Height: 5'8, Weight: 120, Hair: Black, Glasses: N

Under penalties of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. I am over the age of 18, have no interest in the above action and am a Specially Appointed Server, in good standing, in the 17th Judicial Circuit wherein this process was served. No Notary required pursuant to F.S. 92.525(2).

STATE OF FLORIDA
COUNTY OF Broward
The foregoing instrument was acknowledged before me this 30 day of Dec, 2024, by
Kimberly Urtnowski, who is Personally Known
_____ OR Produced Identification
_____Type of Identification
Produced _____

_____
Notary Public-State of Florida

KIMBERLY URTNOWSKI
SPS #1493

NATIONAL INVESTIGATIVE SERVICES
1112 CHANNELSIDE DR
SUITE 3
TAMPA, FL 33602

Our Job Serial Number: MKS-2024002689



MICHEAL R. BRYANT
Commission # HH 400796
Expires September 19, 2027





**Form CGFI5** (10/10/14)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 24–23095–SMG

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Michael Dwayne Vick
17120 Magnolia Estates Dr
Southwest Ranches, FL 33331

12/27/24
@ 11:22 Am
Ku SPS
1493

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under title 11, United States Code was filed against you in this bankruptcy court on **December 16, 2024,** requesting an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code).

**YOU ARE SUMMONED** and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A motion to convert by the debtor in an involuntary chapter 7 proceeding shall be deemed a consent to entry of an order for relief under the chapter to which the case is being converted (Local Rule 1013–1(B)). A copy of the petition is attached.

Address of the clerk:
**Federal Building**
**299 E Broward Blvd, Room 112**
**Ft Lauderdale FL 33301**

At the same time, you must also serve a copy of your motion or answer upon the petitioner's attorney.

Name and Address of Petitioner's Attorney:
Gerald Lee Craig
187 Foxborough Pl
Burr Ridge, IL 60527

If you make a motion, your time to answer is governed by Federal Rules of Bankruptcy Procedure 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Dated: <u>12/16/24</u>

**CLERK OF COURT**
By: <u>Lorenzo Rodriguez</u>
Deputy Clerk

*Page 1 of 2*