UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                                    CASE NO.: 24-23095-SMG

**MICHAEL DWAYNE VICK,**                                    Chapter 7

      Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following document(s) was/were served electronically via CM/ECF to ***all parties registered to receive electronic notice as filed*** and via U.S. Mail on 16th day of January, 2025, as noted to all parties on the attached Service List:

1. NOTICE OF HEARING/Motion to Dismiss and/or Abstain as to the Petition for Involuntary Chapter 7 Bankruptcy and Related Relief(de.11)[D.E.12].

Dated: January 16, 2025.                                 Respectfully submitted,

                                                I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

                                                GAMBERG & ABRAMS
                                                *Attorneys for Michael Vick*
                                                1213 S.E. Third Avenue, Second Floor
                                                Fort Lauderdale, Florida 33316
                                                Telephone:    (954) 523-0900
                                                E-mail: tabrams@tabramslaw.com

                                                By: /s/ Thomas L. Abrams
                                                   Thomas L. Abrams, Esquire
                                                   Florida Bar No. 764329

**SERVICE LIST**
**(Michael Vick-Case No. 24-23095-SMG)**

*Notice Service via CM/ECF electronic filing*
The following is the list of **parties** who are currently on the list to receive email notice/service via CM/ECF for this case:

Thomas L Abrams on behalf of Debtor Michael Dwayne Vick
tabrams@tabramslaw.com,
fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

*Notice Service via U.S. First Class Mail:*
**(If not already served via CM/ECF)**

    **Ally Bank, c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

    **Eduardo De Arkos**
2444 Donna Maria Way
Santa Rosa, CA 95401

    **Ford Motor Credit Company, LLC c/o AIS Portfolio Services, LLC**
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

    **Kathleen Safreed**
6732 Rivercrest Dr
Jacksonville, FL 32226

    **Michael Dwayne Vick**
17120 Magnolia Estates Dr
Southwest Ranches, FL 33331

*Notice Service via E-mail and U.S. Mail:*
    **Gerald Lee Graig**
187 Foxborough Pl
Burr Ridge, IL 60527
E-mail: geraldleecraig@gmail.com

    By: /s/ Thomas L. Abrams
        Thomas L. Abrams, Esquire

2