UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                             CASE NO.: 24-23095-SMG

**MICHAEL DWAYNE VICK,**                      Chapter 7

      Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the following document(s) was/were served electronically via CM/ECF to ***all parties registered to receive electronic notice as filed*** and via U.S. Mail on  21st  day of January, 2025,  as noted to all parties on the attached Service List:

1.	NOTICE OF HEARING/Motion to Dismiss and/or Abstain as to the Petition for Involuntary Chapter 7  Bankruptcy and  Related Relief(de.11)[D.E.12];
2.	Motion to Dismiss and/or Abstain as to the Petition for Involuntary Chapter 7 Bankruptcy and  Related Relief[D.E.11].

Dated: January 21, 2025.

Respectfully submitted,

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

GAMBERG & ABRAMS
*Attorneys for Michael Vick*
1213 S.E. Third Avenue, Second Floor
Fort Lauderdale, Florida 33316
Telephone:     (954) 523-0900
E-mail: tabrams@tabramslaw.com

By: /s/ Thomas L. Abrams
    Thomas L. Abrams, Esquire
    Florida Bar No. 764329

# SERVICE LIST
## (Michael Vick-Case No. 24-23095-SMG)

*Notice Service via CM/ECF electronic filing*
The following is the list of **parties** who are currently on the list to receive email notice/service via CM/ECF for this case:

Thomas L Abrams on behalf of Debtor Michael Dwayne Vick
tabrams@tabramslaw.com,
fcolumbo@tabramslaw.com;abrams.thomasl.b132292@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

*Notice Service via U.S. First Class Mail:*
**(If not already served via CM/ECF)**

**Internal Revenue Service**
PO Box 981537
El Paso, TX 79998-1537

**State of New Jersey**
Division of Taxation
PO Box 289
Trenton, NJ 08646

**State of New York**
Department of Taxation and Finance
Harriman Campus Rd
Albany, NY 12227

**Credit One Bank**
PO Box 98872
Las Vegas, NV 89193-8872

**CSE Talent, LLC**
c/o Douglas L. Brooks, P.C.
P.O. Box 8477
Atlanta, GA 31106-0477

**James Mattingly**
3950 Juanita St
Cocoa, FL 32927

**Kyle Thousand**
c/o  Casey W. Arnold, Esq.
501 Riverside Ave #700
Jacksonville, FL 32202

**Ally Financial, Inc.**
PO Box 380901
Bloomington, MN 55438-0901

**Global Lending Services, LLC**
1200 Brookfield Blvd, Ste 300
Gainesville, SC  29607-6583

**Hunt Ste Bank**
208 S US Highway 69
Huntington, TX  75949-9145

**Lincoln Automotive Finance**
PO Box 542000
Omaha, NE 68154-8000

**Local Finance Company**
21000 NW 2nd Ave
Miami, FL 33169

**Mercedes-Benz Financial Services**
PO Box 961
Roanoke, TX 76262-0961

**NV Partners, LLC**
4000 Kruse Way Place, Suite 1-230
Lake Oswego, OR 97035

**Regional Acceptance Company**
1424 E Fire Tower Rd
Greenville, NC 27858-4105

**Wells Fargo Dealer Services**
PO Box 71092
Charlotte, NC 28272-1092

**Wells Fargo Bank NA**
PO Box 393
Minneapolis, MN 55480-0393

**Evan Waxman, CPA**
733 Third Avenue
New York, NY 10017

By: /s/ Thomas L. Abrams
Thomas L. Abrams, Esquire